IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRY OTTER**                                                                            **PLAINTIFF**
**ADC #97148**

**V.**                  **CASE NO.: 5:10CV00166 JMM/BD**

**SHERI FLYNN, et al.**                                                      **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted. Although Plaintiff states that he "extracts" his ex post facto argument, and appears to include a due process claim, Plaintiff has failed to provide factual support for such a claim.

Plaintiff's claims raised in both his original and amended Complaints are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 13th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE