IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TERRY OTTER**                                                                                    **PLAINTIFF**
**ADC #97148**

**V.**               **CASE NO.: 5:10CV00166 JMM/BD**

**SHERI FLYNN, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE