**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TERRY OTTER**                                                                                    **PLAINTIFF**
**ADC #97148**

**V.**                            **CASE NO.: 5:10CV00166 JMM/BD**

**SHERI FLYNN, et al.**                                                        **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion to voluntarily dismiss this action.  (Docket entry #13).  On August 13, 2010, the Court entered an order and judgment adopting the report and recommendation of Magistrate Judge Beth Deere dismissing Plaintiff's claims without prejudice. Plaintiff filed a motion for reconsideration on August 20, 2010.

As Plaintiff's claims were previously dismissed without prejudice, the Court will treat Plaintiff's motion for voluntary dismissal as a motion to withdraw his motion to reconsider.  Plaintiff's motion is GRANTED.  Plaintiff's motion to reconsider(#12) is hereby withdrawn.

IT IS SO ORDERED this 5th day of October 2010.


_____
UNITED STATES DISTRICT JUDGE